UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DYHER R. PETERS,

       Plaintiff,

v.                           CASE NO. 8:07-CV-651-T-17MAP

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 10 Motion to Dismiss
Dkt. 11 Response
Dkt. 12 Report and Recommendation

This case is a request for review of the final decision of the Commissioner of Social Security denying Plaintiff Social Security disability benefits and SSI.

The assigned Magistrate Judge recommends that this case be dismissed because the Complaint was not filed within 60 days of the denial of Plaintiff's request for review on January 26, 2007. The Court has independently reviewed the pleadings. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts the Report and Recommendation, which is incorporated herein by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated**. The Court **grants** the Motion to Dismiss with prejudice, and the Clerk of Court shall enter judgment for Defendant and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of August, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record